IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION and KETER HOME AND GARDEN PRODUCTS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> KLEIN TOOLS, INC., <br><br> Defendant. | Case No. 1:24-cv-04284 <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Milwaukee Electric Tool Corporation and Keter Home and Garden Products Ltd. hereby dismiss this action **without prejudice**. Defendant Klein Tools, Inc. has not yet answered the Complaint or moved for summary judgment.

[signature on following page]

Dated: June 13, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP

　　　　　　　　　　　　　　　　　　　　*/s/ Jason C. White*
　　　　　　　　　　　　　　　　　　　　Jason C. White
　　　　　　　　　　　　　　　　　　　　Scott D. Sherwin
　　　　　　　　　　　　　　　　　　　　Maria E. Doukas
　　　　　　　　　　　　　　　　　　　　110 N. Wacker Drive, Suite 2800
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60601-5094
　　　　　　　　　　　　　　　　　　　　Telephone: 312.324.1000
　　　　　　　　　　　　　　　　　　　　Fax: 312.324.1001
　　　　　　　　　　　　　　　　　　　　jason.white@morganlewis.com
　　　　　　　　　　　　　　　　　　　　scott.sherwin@morganlewis.com
　　　　　　　　　　　　　　　　　　　　maria.doukas@morganlewis.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on June 13, 2024, I served the foregoing Plaintiffs' Notice of Voluntary Dismissal Without Prejudice via email on counsel representing Defendant Klein Tools, Inc.

*/s/ Jason C. White*
Jason C. White
